United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leroy Hammond  
    Debtor

Case No. 15-18588-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Leroy Hammond, 6050 Baltimore Ave, Philadelphia, PA 19143-3103 |
| 13673665 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13641050 | + | Midland Mortgage Co., P.O. Box 26648, Attn: Customer Service Center, Oklahoma City, OK 73126-0648 |
| 13641051 | + | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 13641052 | + | Target Credit Services, PO Box 9500, Minneapolis, MN 55440-9500 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13641046 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13651048 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13641047 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2021 07:00:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13700449 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 06:59:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13641048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 07:02:14 | LVNV Funding. LLC, 15 S. Main St., Suite 700, Resurgent Capital Serv., Greenville, SC 29601-2793 |
| 13698736 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2021 07:00:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13641049 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2021 07:01:57 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13726410 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13669402 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 06:52:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 17 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor MidFirst Bank Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | on behalf of Debtor Leroy Hammond dwabkty@aol.com G6211@notify.cincompass.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leroy Hammond
       Debtor(s)                                          Bankruptcy No: 15−18588−elf
                                                                            Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                      900 Market Street
                                          Suite 400
                                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 1/19/21

                                                                                                                          44 − 43
                                                                                              Form 138_new